**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00102-BNB

LAWRENCE M. JIRON,

    Applicant,

v.

WARDEN BRIGHAM SLOAN, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion and Notice to Attorney General of Unconstitutional Statute - CRS: 16-9-501," filed on June 26, 2009, is DENIED as moot. Applicant's case was dismissed on June 24, 2009.

Dated: June 29, 2009