**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00102-ZLW

LAWRENCE M. JIRON,

      Applicant,

v.

WARDEN BRIGHAM SLOAN, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

      Applicant's "Motion of Review of Documents" (Doc. #31) filed on February 16, 2011, in which he apparently seeks a free copy of the file in this action, is DENIED. Applicant may obtain copies of any documents filed in this action by contacting the clerk of the Court and paying any required charges.

Dated:  February 17, 2011